Thomas M. Paris, ESQ.
55 W. Monroe, Suite 3950
Chicago, IL 60603
p. (312) 759-1600 f. (312) 201-1436
tomparislaw@sbcglobal.net

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILL MCFARLAND, an individual | ) | Case No.: C12-03829 JSW |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | **~~AGREED~~ ORDER CONTINUING CASE** |
| DON LAU, an individual | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| Defendant. | ) | |
| DONALD LAU, an individual, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| v. | ) | |
| | ) | |
| BILL MCFARLAND, an individual; and | ) | |
| DOES 1-10, inclusive, | ) | |
| | ) | |
| Counter-Defendants. | ) | |

## AGREED ORDER

This matter coming before the court on Stipulation of the Parties, it is hereby ordered:

1. The initial case management conference set for January 18, 2013 is ~~stricken~~ vacated

2. The initial case management conference is reset to 2/1/13 at 1:30 p.m. without further notice.

Dated: January 8, 2013

_____
*Jeffrey S. White*
Judge