Thomas M. Paris, ESQ.
55 W. Monroe, Suite 3950
Chicago, IL 60603
p. (312) 759-1600 f. (312) 201-1436
tomparislaw@sbcglobal.net

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL MCFARLAND, an individual ) | Case No.: C12-03829 JSW |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | **MOTION TO CONTINUE** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| DON LAU, an individual ) | AND ORDER THEREON |
| ) | |
| Defendant. ) | |
| _____) | |
| DONALD LAU, an individual, ) | |
| ) | |
| Counter-Claimant, ) | |
| v. ) | |
| ) | |
| BILL MCFARLAND, an individual; and ) | |
| DOES 1-10, inclusive, ) | |
| ) | |
| Counter-Defendants. ) | |

**MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

NOW COMES the Plaintiff, BILL MCFARLAND ("McFarland"), by and through his attorney in this regard, Thomas M. Paris, and for his Motion to Continue Case Management Conference, states as follows:

1. This matter is set for an initial Case Management Conference on February 1, 2013. The court has already entered a scheduling order which deals with fact discovery, expert discovery, dispositive motions, jury selection and trial. See Docket No. 39. The court has also

1   referred the matter for a settlement conference before Magistrate Judge Elizabeth D. Laporte,

2   which settlment conference is scheduled for March 20, 2013 at 9:30 a.m.

3       2.      There is little to discuss at the scheduled Case Management Conference as the

4   parties are fully aware of the time frames which must be met, and hope to settle the matter before

5   Magistrate Laporte.

6       3.      Plaintiff's lead counsel is in Chicago and aware of the court's requirement that

7   lead counsel attend the initial Case Management Conference.

8       4.      Continuing the Case Management Conference until after the settlement

9   conference will not delay the prosecution and/or resolution of this matter.

10      Wherefore, for all the foregoing reasons, the Plaintiff prays that the initial Case

11  Management Conference scheduled for February 1, 2013 at 1:30 p.m. be rescheduled for a date

12  certain after April 1, 2013.

13                                              Respectfully submitted,

17                              By:     /s/Thomas M. Paris
18                                      Thomas M. Paris

19  Thomas M. Paris - *Pro Hac Vice*
20  Attorney & Counselor at Law
21  55 West Monroe Suite 3950
22  Chicago, Illinois 60603             The case management conference is CONTINUED to April
23  (312) 759-1600; (312) 201-1436 (FAX No.)   19, 2013 at 1:30 p.m.
24  Tomparislaw@sbcglobal.net
                                        Dated:  January 29, 2013

                                        *Jeffrey S White*