Thomas M. Paris, ESQ.
55 W. Monroe, Suite 3950
Chicago, IL 60603
p. (312) 759-1600 f. (312) 201-1436
tomparislaw@sbcglobal.net

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL MCFARLAND, an individual ) | Case No.: C12-03829 JSW |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | **MOTION TO CONTINUE** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| DON LAU, an individual ) | AND ORDER THEREON |
| ) | |
| Defendant. ) | |
| _____) | |
| DONALD LAU, an individual, ) | |
| ) | |
| Counter-Claimant, ) | |
| v. ) | |
| ) | |
| BILL MCFARLAND, an individual; and ) | |
| DOES 1-10, inclusive, ) | |
| ) | |
| Counter-Defendants. ) | |

### MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

NOW COMES the Plaintiff, BILL MCFARLAND ("McFarland"), by and through his attorney in this regard, Thomas M. Paris, and for his Motion to Continue Case Management Conference, states as follows:

1. This matter is set for an initial Case Management Conference on February 1, 2013. The court has already entered a scheduling order which deals with fact discovery, expert discovery, dispositive motions, jury selection and trial. See Docket No. 39. The court has also

1    referred the matter for a settlement conference before Magistrate Judge Elizabeth D. Laporte,

2    which settlment conference is scheduled for March 20, 2013 at 9:30 a.m.

3         2.    There is little to discuss at the scheduled Case Management Conference as the

4    parties are fully aware of the time frames which must be met, and hope to settle the matter before

5    Magistrate Laporte.

6         3.    Plaintiff's lead counsel is in Chicago and aware of the court's requirement that

7    lead counsel attend the initial Case Management Conference.

8         4.    Continuing the Case Management Conference until after the settlement

9    conference will not delay the prosecution and/or resolution of this matter.

10        Wherefore, for all the foregoing reasons, the Plaintiff prays that the initial Case

11   Management Conference scheduled for February 1, 2013 at 1:30 p.m. be rescheduled for a date

12   certain after April 1, 2013.

13                                    Respectfully submitted,

17                              By:    /s/Thomas M. Paris
18                                     Thomas M. Paris

19   Thomas M. Paris - *Pro Hac Vice*
20   Attorney & Counselor at Law
21   55 West Monroe Suite 3950
22   Chicago, Illinois 60603
23   (312) 759-1600; (312) 201-1436 (FAX No.)
24   Tomparislaw@sbcglobal.net

The case management conference is CONTINUED to April 19, 2013 at 1:30 p.m.

Dated:  January 29, 2013

*Jeffrey S White*

MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C12-03829 JSW                                                               2