1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BILL MCFARLAND,

        Plaintiff,

  v.

DON LAU,

        Defendant.

_____

AND RELATED COUNTERCLAIMS

_____/

No. C 12-03829 JSW

**ORDER EXTENDING TIME TO CONDUCT SETTLEMENT CONFERENCE**

     Due to the Court's docket, the time for a Magistrate Judge to conduct a settlement conference is extended until June 28, 2013.

     **IT IS SO ORDERED.**

Dated:  February 8, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE