**United States District Court**
For the Northern District of California

1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    BILL MCFARLAND,

9              Plaintiff,                    No. C 12-03829 JSW

10   v.

11   DON LAU,                                **ORDER EXTENDING TIME TO
                                             CONDUCT SETTLEMENT
12             Defendant.                    CONFERENCE**
     _____
13
     AND RELATED COUNTERCLAIMS
14
     _____/
15
16          Due to the Court's docket, the time for a Magistrate Judge to conduct a settlement
17   conference is extended until June 28, 2013.
18          **IT IS SO ORDERED.**
19
20   Dated:   February 8, 2013              _____
                                           JEFFREY S. WHITE
21                                         UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28