UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL MCFARLAND

       Plaintiff(s),                        No. C-12-03829 JSW (EDL)

    v.                                   NOTICE OF CONTINUANCE
                                        OF SETTLEMENT CONFERENCE

DON LAU

       Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for March 20, 2013, at 9:30 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until June 19, 2013, at 9:30 a.m.

Settlement Conference statements, if not previously submitted, are due June 10, 2013. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: February 11, 2013

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge