Thomas M. Paris, ESQ.
55 W. Monroe, Suite 3950
Chicago, IL 60603
p. (312) 759-1600 f. (312) 201-1436
tomparislaw@sbcglobal.net

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL MCFARLAND, an individual ) | Case No.: C12-03829 JSW |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | **AGREED DISMISSAL ORDER** |
| ) | |
| DON LAU, an individual ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| DONALD LAU, an individual, ) | |
| ) | |
| Counter-Claimant, ) | |
| v. ) | |
| ) | |
| BILL MCFARLAND, an individual; and ) | |
| DOES 1-10, inclusive, ) | |
| ) | |
| Counter-Defendants. ) | |

### AGREED DISMISSAL ORDER

The parties having reached a settlement before Magistrate LaPorte, the parties agreeing that this matter can be dismissed with prejudice, and without costs,

IT IS HEREBY ORDERED:

This complaint and counter-complaint are dismissed with prejudice and without costs to either party pursuant to FRCP 41 (a)(2).

Entered:

AGREED DISMISSAL ORDER
Case No.: C12-03829 JSW

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | Dated: May 10, 2013 |   |
| 3 |   |   |
| 4 |   | By: _____ |
| 5 |   | Judge Jeffrey White |

Agreed                                                                Agreed
/s/Thomas M. Paris_____          /s/ David C. Lee_____
Thomas M. Paris - *Pro Hac Vice*                       David C. Lee
Attorney & Counselor at Law                               Fitzgerald Abbott & Beardsley LLP
55 West Monroe Suite 3950                                1221 Broadway, 21st Floor
Chicago, Illinois 60603                                         Oakland, CA 94612
(312) 759-1600; (312) 201-1436 (FAX No.)
Tomparislaw@sbcglobal.net