Thomas M. Paris, ESQ.
55 W. Monroe, Suite 3950
Chicago, IL 60603
p. (312) 759-1600 f. (312) 201-1436
tomparislaw@sbcglobal.net

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILL MCFARLAND, an individual | ) | Case No.: C12-03829 JSW |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | **AGREED DISMISSAL ORDER** |
| | ) | |
| DON LAU, an individual | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| DONALD LAU, an individual, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| v. | ) | |
| | ) | |
| BILL MCFARLAND, an individual; and | ) | |
| DOES 1-10, inclusive, | ) | |
| | ) | |
| Counter-Defendants. | ) | |

**AGREED DISMISSAL ORDER**

The parties having reached a settlement before Magistrate LaPorte, the parties agreeing that this matter can be dismissed with prejudice, and without costs,

IT IS HEREBY ORDERED:

This complaint and counter-complaint are dismissed with prejudice and without costs to either party pursuant to FRCP 41 (a)(2).

Entered:

1
2  Dated: May 10, 2013
3
4                                    By: _____
5                                         Judge Jeffrey White
6
7
8
9
10  Agreed                                 Agreed
11  /s/Thomas M. Paris_____    /s/ David C. Lee_____
12  Thomas M. Paris - *Pro Hac Vice*       David C. Lee
13  Attorney & Counselor at Law            Fitzgerald Abbott & Beardsley LLP
14  55 West Monroe Suite 3950              1221 Broadway, 21st Floor
15  Chicago, Illinois 60603                Oakland, CA 94612
16  (312) 759-1600; (312) 201-1436 (FAX No.)
17  Tomparislaw@sbcglobal.net
18
19
20